IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| KIMBERLY HARRISON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-3053-CV-S-DW |
| | ) | |
| MICHELLE BROWN, et. al., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL**

On April 12, 2007, this Court ordered Plaintiff to show cause within thirty (30) days of the date of the order as to why her case should not be dismissed for failure to prosecute and for failure to comply the Court's prior order. Over two months later, Plaintiff has failed to respond to this Court's Order to Show Cause. Accordingly, Plaintiff's case is hereby DISMISSED for failure to prosecute and for failure to comply with the Court's Orders. See Fed. R. Civ. Proc. 41(b).

IT IS SO ORDERED.

Date:   June 28, 2007                             /s/ Dean Whipple
                                                  Dean Whipple
                                                  United States District Judge